**620**

Vincent P. BRADY, Plaintiff Below, Appellant,

v.

TRANS WORLD AIRLINES, INC., a corporation of the State of Delaware, and the International Association of Machinists and Aerospace Workers, an unincorporated association, Defendants Below, Appellees.

Supreme Court of Delaware.

Sept. 8, 1971.

John Biggs, III, of Biggs & Battaglia, Wilmington, and Frank L. White, Jr., of Duane, Morris & Heckscher, King of Prussia, Pa., for plaintiff below, appellant.

Charles F. Richards, Jr., of Richards, Layton & Finger, Wilmington, and Harold L. Warner, Jr., of Chadbourne, Parke, Whiteside & Wolff, New York City, for Trans World Airlines, Inc., defendant below, appellee.

Bruce M. Stargatt and Jack B. Jacobs, of Young, Conaway, Stargatt & Taylor, Wilmington, and Edward J. Hickey, of Mulholland, Hickey & Lynam, Washington, D. C., for International Association of Machinists and Aerospace Workers, defendant below, appellee.

WOLCOTT, C. J., and CAREY and HERRMANN, JJ., sitting.

PER CURIAM:

In this action for malicious interference with employment and unlawful discharge, the Superior Court entered summary judgment in favor of the defendants.

We concur in the judgment below for the reasons stated in Judge Storey's careful opinion reported at 274 A.2d 146.

Affirmed.